RECEIVED
2010 JAN -7 P 3: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
           DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE SAWYER, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BILL ME LATER, INC.; EBAY INC.<br><br>  Defendants. | Case No. 10-cv-0014  JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

010133-11 345984 V1

1  STEVE W. BERMAN, an active member in good standing of the bar of the State of
2  Washington, whose business address and telephone number is:

3  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
4  Seattle, WA, 98101
   Telephone: (206) 623-7292
5
6  having applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing Plaintiff Kyle Sawyer.

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designated in the application will
11 constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: January 15, 2010

14 _____
   ~~THELTON E. HENDERSON~~ JEFFREY S. WHITE
15 UNITED STATES DISTRICT ~~COURT JUDGE~~

[PROP.] ORD. GRANTING APP. OF STEVE W. BERMAN FOR  - 1 -
ADMISSION *PRO HAC*
010133-11 345984 V1