IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE SAWYER,

    Plaintiff,

    v.

BILL ME LATER, INC.; EBAY INC.,

    Defendants.

No. C 10-00014 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on April 23, 2010 on the motions to dismiss filed by defendants eBay Inc. and Bill Me Later, Inc. The Court HEREBY ORDERS that oppositions to these motions shall be filed by no later than March 9, 2010 and reply briefs shall be filed by no later than March 16, 2010

If the Court determines that these motions are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE